JOHN M. SMITH, Respondent, v. ABRAHAM HEMSTREET, Appellant.

(Argued March 10, 1873; decided June term, 1873.)

THIS was an action brought to recover two quarters' rent of certain premises in the city of Buffalo ; the lease was by parol, and the plaintiff alleged the rent was agreed to be paid quarterly in advance. Defendant denied the agreement to pay in advance, and set up a breach of contract on the part of the landlord as to repairs. In reply, plaintiff set up an action and a judgment in Justice's Court in his favor against defendant for an unpaid balance of the first quarter's rent, wherein the same defences were set up. Upon the trial defendant offered to prove his answer. Plaintiff, thereupon, presented the proceedings in Justice's Court, and defendant. admitted the statement of the reply in reference thereto, but claimed the judgment did not bar an action or defence in the Supreme Court. The court excluded the evidence offered by defendant. *Held*, no error ; that the matter relied upon as a defence having been determined by a court having jurisdiction, it was a bar and estoppel to any further litigation thereon ; that it mattered not by what court it was decided, so that it had jurisdiction. (See *Gates* v. *Preston*, 41 N. Y., 113 ; *White* v. *Coatsworth*, 6 id., 137.)

*Riley Saunders* for the appellant.

*L. L. Lewis* for the respondent.

Johnson, C., reads for affirmance.
All concur.
Judgment affirmed.